| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | 141 Troutman LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4556403 |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business**<br><br>**152 Manhattan Ave**<br>**Brooklyn, NY 11206-3174**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**141 Troutman St Brooklyn, NY 11206-6131**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **141 Troutman LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **141 Troutman LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    __141 Troutman LLC__                                        Case number (*if known*) _____
          Name

☐ $50,001 - $100,000            ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | 141 Troutman LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 23, 2022
                MM / DD / YYYY

X /s/ Chaim Lefkowitz                          Chaim Lefkowitz
Signature of authorized representative of debtor    Printed name

Title    Manager

**18. Signature of attorney**

X /s/ Kevin J. Nash                       Date  February 23, 2022
Signature of attorney for debtor                MM / DD / YYYY

Kevin J. Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

1501 Broadway 22nd Floor
New York, NY 10036
Number, Street, City, State & ZIP Code

Contact phone  (212) 221-5700    Email address  knash@gwfglaw.com

Kevin J. Nash
Bar number and State

Debtor    **141 Troutman LLC**                                    Case number *(if known)* _____
          Name

---

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number *(if known)* _____    Chapter    **11** |

☐ Check if this an amended
   filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **243 Suydam LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern New York** | When _____ | Case number, if known | _____ |
| Debtor | **Union Residence LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern New York** | When _____ | Case number, if known | _____ |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                        Chapter 11

141 Troutman LLC,                                             Case No.
243 Suydam LLC,                                               Case No.
Union Residence LLC,                                          Case No.

                              Debtors.
------------------------------------------------------------x

**CONSOLIDATED DECLARATION**
**PURSUANT TO THE LOCAL BANKRUPTCY RULES**

        Chaim Lefkowitz declares the following under penalties of perjury pursuant to 28 U.S.C.

§ 1746:

        1.        I am a principal of TCSU Manager Corp., which is the managing member of 141

Troutman LLC ("Troutman"), 243 Suydam LLC ("Suydam"), and Union Residence LLC

("Union") (collectively, the "Debtors"), and I became a principal and member in mid-2019 after

acquiring my son Lipa's minority interest.  As such, I am fully familiar with the facts and

circumstances set forth herein.  I respectfully submit this Consolidated Declaration in accordance

with the Local Bankruptcy Rule 1007-4 in support of the Debtors' respective voluntary Chapter

11 petitions.

        2.        The Debtors are affiliates, which each own walk-up residential buildings in

Brooklyn, New York, located at 141 Troutman Street, 243 Suydam Street and 555-557 Union

Street, Brooklyn, New York (the "Properties").

        3.        The Properties are subject to a spreader mortgage in the total principal amount of

$14 million, currently held by Wells Fargo Bank, National Association, As Trustee for the

Registered Holders of CSAIL 2019-C15 Commercial Mortgage Trust, Commercial Mortgage

Pass-Through Certificates, Series 2019-C15 (hereinafter, the "Lender").

4.      Due to Covid-19 related issues, vacancies increased at the Properties, leading to a decline in monthly rent and the Properties ultimately fell into foreclosure late last year.

5.      In recent months, however, rent collections have improved and the Debtors are seeking Chapter 11 relief in the belief that they can restructure or refinance the existing mortgage debt.

6.      I anticipate that the Chapter 11 cases will be jointly administered, given the fact that the spreader mortgage encumbers each of the Debtors' Properties.  According, one property cannot be restructured without the others. Thus, I am submitting this Consolidated Declaration in support of all three Chapter 11 filings.

### Background

7.      The specific profile information relating to the Properties is as follows: (a) Troutman owns a three (3) story multi-family residential apartment building with mezzanine, containing six (6) units in Bushwick; (b) Suydam owns a four (4) story multi-family residential apartment building with eight (8) units located a few blocks away in Bushwick; and (c)  Union owns adjoining properties improved by two (2) three (3) story multifamily residential apartment buildings with eight (8) units located in the Gowanus section of Brooklyn.  All told, the Debtors maintain twenty-two (22) apartments, most of which are now occupied and generate current monthly rents of approximately $78,000 per month.  At the start of 2021, total rents had fallen to approximately $45,000 per month, so the improvement is considerable.

8.      The respective Properties were acquired in January 2014, February 2015 and October 2016.  The Debtors obtained a $14 million refinancing in December, 2018 from BSPRT CMBS Finance, LLC, which subsequently reassigned the mortgage debt to the Lender.

9.      After Covid-19, the parties entered into various formal and informal forbearances which have since ended, leading to the commencement of a foreclosure action in the Supreme Court Kings County.  Arthur Greig (the "Receiver") was appointed Receiver by Order dated December 3, 2021.  An Order to Show Cause to terminate the Receivership was denied by Order dated January 19, 2022.

10.      Given the pending foreclosure, the Debtors hereby seek protection under Chapter 11 in an attempt to renew negotiations with the Lender aimed at achieving a restructuring based upon either a principal pay-down and new mortgage terms, or third-party refinancing for an agreed amount.

## Local Rule 1007-4 Disclosures

11.      Each Debtor is a single asset real estate debtor.

12.      Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the respective Petitions.

13.      Pursuant to Local Rule 1007-4(a)(vi), a list of each Debtor's twenty largest creditors is included as part of each Petition.

14.      Pursuant to Local Rule 1007-4(a)(vii), the Properties are all subject to the mortgage debt held by the Lender in the principal sum of $14 million

15.      Pursuant to Local Rule 1007-4(a)(viii), the Debtors' respective assets and liabilities are set forth in the accompanying bankruptcy schedules filed herewith.  The Properties are scheduled upon "book values" listed on the Debtor's balance sheets.  Upon information and belief, the Lender appraised the Properties at less than the principal debt.  The Debtors believe that fully stabilized, the value of the Properties will rebound to at least the principal debt.

16.     Pursuant to Local Rule 1007-4(a)(ix), the membership interests of each Debtor is held by various entities and persons in the Petitions.

17.     Pursuant to Local Rule 1007-4(a)(x), the Receiver was appointed in connection with the state court foreclosure action.

18.     Pursuant to Local Rule 1007-4(a)(xi), the Properties are located in Brooklyn, New York.

19.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's respective books and records of operations are located in Brooklyn, New York.

20.     Pursuant to Local Rule 1007-4(a)(xiii), the Debtors are subject to the pending foreclosure action instituted by the Lender in the Supreme Court, Kings County.

21.     Pursuant to Local Rule 1007-4(a)(xiv), none of the members or managers of the Debtors directly receive a salary or management fees, however Perfect Management, which is owned by Joel Lefkowitz, received the sum of $21,556.27 in 2021 for managing the Properties.

Dated: Brooklyn, New York
      February___, 2022

                   By: _____
                         Chaim Lefkowitz – Manager

**COMPANY RESOLUTION IN SUPPORT OF THE CHAPTER 11 FILINGS**

WHEREAS, 141 Troutman LLC ("Troutman"), 243 Suydam LLC ("Suydam"), and Union Residence LLC ("Union") (collectively, the "Company") are owners of separate parcels of real property in Brooklyn, NY, encumbered by a blanket mortgage lien; and

WHEREAS, each Company is governed by certain respective Operating Agreements, as amended (the "Operating Agreements"); and

WHEREAS, in accordance with the respective Operating Agreements, a special meeting of each Company having been called and convened on February 23, 2022, and upon motion duly made and carried, the following resolutions were adopted:

      **RESOLVED**, each Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York; and it is further

      **RESOLVED**, that each Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:   Brooklyn, New York
        February___, 2022

                     141 Troutman LLC
                     243 Suydam LLC
                     Union Residence LLC

               By:  _____
                     Chaim Lefkowitz - Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                Chapter 11

141 Troutman LLC,                                         Case No.

                                       Debtor.
-------------------------------------------------------------x


### LIST OF EQUITY HOLDERS


| | |
|---|---|
| TCSU Manager Corp. | 1% |
| Wolf Wercberger | 46% |
| CMS JL LLC | 8% |
| Joel Lefkowitz | 23% |
| Chaim Lefkowitz | 22% |


Dated: New York, New York
       February __, 2022

                                        141 Troutman LLC


                                By:  _____
                                       Chaim Lefkowitz - Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11

141 Troutman LLC,                                                         Case No.

                              Debtor.

-------------------------------------------------------------x

## LIST OF LAWSUITS

1.    Wells Fargo Bank, National Association, As Trustee for the Registered Holders of
      CSAIL 2019-C15 Commercial Mortgage Trust, Commercial Mortgage Pass-
      Through Certificates, Series 2019-C15 v. 141 Troutman LLC, 243 Suydam LLC
      and Union Residence LLC
      Supreme Court, Kings County
      Index No. 523654/2021
      Relief Sought: Foreclosure

      Attorney/Firm(s) For Plaintiff –
      McCarter & English
      825 8th Ave Fl 31
      New York, NY 10019-7843

      Attorney/Firm(s) For Defendants –
      Abrams Fensterman LLP
      1 Metrotech Ctr Ste 1701
      Brooklyn, NY 11201-3949

Dated: New York, New York
       February __, 2022

                                              141 Troutman LLC

                              By:    _____
                                     Chaim Lefkowitz – Manager

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                          Chapter 11

141 Troutman LLC,                                               Case No.

                              Debtor.

---------------------------------------------------------------x

## BANKRUPTCY RULE 7007.1 AND E.D.N.Y. LBR 1073-3
## CORPORATE OWNERSHIP STATEMENT

     Pursuant to Bankruptcy Rule 7007.1 and E.D.N.Y. LBR 1073-3, 141 Troutman

LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates

and/or subsidiaries which are publicly held.

Dated: New York, New York
     February __, 2022

                                  141 Troutman LLC

                     By:                                                                         
                                 Chaim Lefkowitz - Manager

┌─────────────────────────────────────────────────────────────────────┐
│  **Fill in this information to identify the case:**                    │
│                                                                        │
│  Debtor name    141 Troutman LLC                                       │
│                 ─────────────────────────────────────────────         │
│  United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW     │
│                                            YORK, BROOKLYN DIVISION      │
│                                                                        │
│  Case number (if known)    _____                   │
└─────────────────────────────────────────────────────────────────────┘

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 23, 2022          X /s/ Chaim Lefkowitz
               ──────────────────            ─────────────────────────────────
                                             Signature of individual signing on behalf of debtor

                                             Chaim Lefkowitz
                                             ─────────────────────────────────
                                             Printed name

                                             Manager
                                             ─────────────────────────────────
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 141 Troutman LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abrams Fensterman LLP 1 Metrotech Ctr Ste 1701 Brooklyn, NY 11201-3949 | | Legal Services | | | | $15,000.00 |
| Aluf Appliances 518 W 7th Ave Roselle, NJ 07203-2402 | | Goods sold | | | | $239.97 |
| Consolidated Edison 30 Flatbush Ave Fl 6 Brooklyn, NY 11217-1121 | | Utility | Unliquidated | | | $34,024.31 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| Laz Power 2139 59th St Brooklyn, NY 11204-2503 | | Electrician | | | | $6,900.00 |
| National Grid 1 Metrotech Ctr Fl 16 Brooklyn, NY 11201-3949 | | Utility | | | | $138.96 |
| NYC DEP 5917 Junction Blvd Flushing, NY 11373-5188 | | Utility | | | | $765.21 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **141 Troutman LLC**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| Rock Brokerage 170 Lee Ave Brooklyn, NY 11211-8048 | | Loan - 2018 | | | | $80,000.00 |
| Wells Fargo Bank as Trustee c/o Clement J. Farley McCarter & English 825 8th Ave Fl 31 New York, NY 10019-7843 | | Mortgage loan | Unliquidated Disputed | $14,000,000.00 | $2,360,000.00 | $11,640,000.00 |
| Ye & Bro Realty NYC PO Box 2384 Monroe, NY 10949-7384 | | Loan - 2018 | | | | $400,000.00 |

.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

---

| Fill in this information to identify the case: |
| --- |
| Debtor name **141 Troutman LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                          Current value of
                                                                                                              debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
       Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account
                                                                                            number

| | | | | |
| --- | --- | --- | --- | --- |
| 3.1. | **Signature Bank** | **Operating** | **8005** | $12,944.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $12,944.00 |

## Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor    __141 Troutman LLC_____    Case number (If known) _____
                  Name

## Part 5:    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  141 Troutman St, Brooklyn, NY 11206-6131 | | $2,360,000.00 | Book | $2,360,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $2,360,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    __141 Troutman LLC__                  Case number *(If known)* _____
             Name

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor      **141 Troutman LLC**                                            Case number *(If known)* _____
            <u>Name</u>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,944.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................> | | $2,360,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,944.00 | + 91b. $2,360,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,372,944.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>__141 Troutman LLC_____</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Wells Fargo Bank as Trustee**<br>Creditor's Name<br><br>c/o Clement J. Farley<br>McCarter & English<br>825 8th Ave Fl 31<br>New York, NY 10019-7843<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**141 Troutman St, Brooklyn, NY 11206-6131**<br>_____<br>_____<br>Describe the lien<br>**Mortgage loan**<br>_____<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$14,000,000.00** | **$2,360,000.00** |

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $14,000,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name   **141 Troutman LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor   **141 Troutman LLC**                                              Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3 | Priority creditor's name and mailing address

**NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Abrams Fensterman LLP**

**1 Metrotech Ctr Ste 1701 Brooklyn, NY 11201-3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.97 |
|---|---|---|---|

**Aluf Appliances**

**518 W 7th Ave Roselle, NJ 07203-2402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods sold**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,024.31 |
|---|---|---|---|

**Consolidated Edison**

**30 Flatbush Ave Fl 6 Brooklyn, NY 11217-1121**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,900.00 |
|---|---|---|---|

**Laz Power**

**2139 59th St Brooklyn, NY 11204-2503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electrician**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.96 |
|---|---|---|---|

**National Grid**

**1 Metrotech Ctr Fl 16 Brooklyn, NY 11201-3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

Debtor    __141 Troutman LLC__                                Case number (if known)    _____
          Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.21 |
|---|---|---|---|

**NYC DEP**

☐ Contingent
☐ Unliquidated
☐ Disputed

5917 Junction Blvd
Flushing, NY 11373-5188

**Basis for the claim:** __Utility__

Date(s) debt was incurred __

Last 4 digits of account number __      Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Rock Brokerage**

☐ Contingent
☐ Unliquidated
☐ Disputed

170 Lee Ave
Brooklyn, NY 11211-8048

**Basis for the claim:** __Loan - 2018__

Date(s) debt was incurred __

Last 4 digits of account number __      Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

**Ye & Bro Realty NYC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 2384
Monroe, NY 10949-7384

**Basis for the claim:** __Loan - 2018__

Date(s) debt was incurred __

Last 4 digits of account number __      Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NY State Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line __2.3__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | NYC Dept of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line __2.2__<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 537,068.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 537,068.45 |

| | Fill in this information to identify the case: |
|---|---|

Debtor name    **141 Troutman LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or lease is for and the nature of the debtor's interest        **Residential lease**

State the term remaining

List the contract number of any government contract    _____        **Alex Yi**
**141 Troutman St Apt 2R**
**Brooklyn, NY 11206-6131**

2.2.    State what the contract or lease is for and the nature of the debtor's interest        **Residential lease**

State the term remaining

List the contract number of any government contract    _____        **Emily O'Neill**
**141 Troutman St Apt 3R**
**Brooklyn, NY 11206-6131**

2.3.    State what the contract or lease is for and the nature of the debtor's interest        **Residential lease**

State the term remaining

List the contract number of any government contract    _____        **Jack Pettus**
**141 Troutman St Apt 1R**
**Brooklyn, NY 112**

2.4.    State what the contract or lease is for and the nature of the debtor's interest        **Residential lease**

State the term remaining

List the contract number of any government contract    _____        **Jenna Rush**
**141 Troutman St Apt 1L**
**Brooklyn, NY 11206-6131**

Debtor 1  <u>141 Troutman LLC</u>                                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Lee**<br>**141 Troutman St Apt 3L**<br>**Brooklyn, NY 11206-6131** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Simon Jewett**<br>**141 Troutman St Apt 2L**<br>**Brooklyn, NY 11206-6131** |

Fill in this information to identify the case:

Debtor name    **141 Troutman LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                      *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | 243 Suydam LLC | | Wells Fargo Bank as Trustee | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Joel Lefkowitz | 790 Bedford Ave Apt 2<br>Brooklyn, NY 11205-1570 | Wells Fargo Bank as Trustee | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Lipa Lefkowitz | 23 Lorimer St<br>Brooklyn, NY 11206-4831 | Wells Fargo Bank as Trustee | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Union Residence | | Wells Fargo Bank as Trustee | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Wolf Wercberger | 1630 57th St<br>Brooklyn, NY 11204-1832 | Wells Fargo Bank as Trustee | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><u>141 Troutman LLC</u></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><u>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</u></td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $     **2,360,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $     **12,944.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $     **2,372,944.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **14,000,000.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    +$     **537,068.45**

4.  **Total liabilities** ...................................................................
    Lines 2 + 3a + 3b                          $     **14,537,068.45**

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                      Case No. _____

141 Troutman LLC _____   Chapter 11 _____
                               Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date: February 23, 2022 _____        /s/ Chaim Lefkowitz _____
                                                Debtor


                                                _____
                                                Joint Debtor


                                                /s/ Kevin J. Nash _____
                                                Attorney for Debtor

Abrams Fensterman LLP
1 Metrotech Ctr Ste 1701
Brooklyn, NY  11201-3949


Aluf Appliances
518 W 7th Ave
Roselle, NJ  07203-2402


Consolidated Edison
30 Flatbush Ave Fl 6
Brooklyn, NY  11217-1121


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Joel Lefkowitz
790 Bedford Ave Apt 2
Brooklyn, NY  11205-1570


Laz Power
2139 59th St
Brooklyn, NY  11204-2503


Lipa Lefkowitz
23 Lorimer St
Brooklyn, NY  11206-4831

National Grid
1 Metrotech Ctr Fl 16
Brooklyn, NY  11201-3949


NY State Attorney General
28 Liberty St
New York, NY  10005-1400


NYC DEP
5917 Junction Blvd
Flushing, NY  11373-5188


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY  10007-2601


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Rock Brokerage
170 Lee Ave
Brooklyn, NY  11211-8048

```
Wells Fargo Bank as Trustee
c/o Clement J. Farley McCarter & English
825 8th Ave Fl 31
New York, NY  10019-7843


Wolf Wercberger
1630 57th St
Brooklyn, NY  11204-1832


Ye & Bro Realty NYC
PO Box 2384
Monroe, NY  10949-7384
```